UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYCE VINCENT CICCAGLIONE,

          Plaintiff,

  - against -

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, ET AL.,

          Defendants.

21-cv-7696 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during today's conference, the defendants' motion to dismiss is due on **March 1, 2022**. The plaintiff's response is due on **March 22, 2022**. The defendants' reply is due on **April 4, 2022**.

    The Clerk of Court is directed to mail a copy of this Order to the plaintiff and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
          February 1, 2022

                                      John G. Koeltl
                               United States District Judge