UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

BRYCE VINCENT CICCAGLIONE,

               Plaintiff,

          21-cv-7696 (JGK)

    - against -

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, ET AL.,          ORDER

               Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The plaintiff's time to respond to the pending motion to dismiss is extended to _April 22_, 2022. The defendants may reply by _May 3_, 2022.

    The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
          April 6, 2022

                                                  John G. Koeltl
                                      United States District Judge