UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

BRYCE VINCENT CICCAGLIONE,

                Plaintiff,

                              21-cv-7696 (JGK)

    - against -

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, ET AL.,        ORDER

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The plaintiff's time to respond to the pending motion to dismiss is extended to May 9, 2022. If the plaintiff fails to respond to the motion by this time, the Court will decide the motion on the current papers.

    The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
           April 25, 2022

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge