UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

BRYCE VINCENT CICCAGLIONE,

                Plaintiff,

                              21-cv-7696 (JGK)

  - against -

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, ET AL.,         ORDER

                Defendants.
---

**JOHN G. KOELTL, District Judge:**

    The complaint in this case is dismissed without prejudice at the plaintiff's request as moot. The Clerk is directed to enter judgment and to close this case. The Clerk is also directed to close all pending motions.

    The Clerk is directed to mail a copy of this Order to the plaintiff and note service on the docket.

**SO ORDERED.**

Dated:    New York, New York
           May 9, 2022

                                          John G. Koeltl
                                   United States District Judge