**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRYCE VINCENT CICCAGLIONE,

                    Plaintiff,

-against-                                      21 **CIVIL** 7696 (JGK)

                                                              **<u>JUDGMENT</u>**

NEW YORK DEPARTMENT OF HEALTH AND
MENTAL HYGIENE, ET AL.,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 9, 2022, the complaint in this case is dismissed without prejudice at the plaintiff's request as moot; accordingly, the case is closed.

**Dated:** New York, New York

      May 10, 2022

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                       **Clerk of Court**
                         **BY:**        *K. Mango*
                                                       _____
                                                       **Deputy Clerk**